**ORIGINAL**

FILED

11/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0083

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.

WES LEE WHITAKER,

Defendant and Appellant.

_____

FILED

NOV - 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Wes Lee Whitaker moves this Court to stay his appeal and has attached an "affidavit" in support. Counsel for the State of Montana objects to Whitaker's motion.

Whitaker contends that the trial record contains errors based on his recollection of the criminal proceeding in the Missoula County District Court. He states that the "trial and pre-trial records are not accurate" resulting in the need for a supplemental record. Whitaker lists the alleged mistakes in the minute entry and various transcripts in the "affidavit."

The State responds that Whitaker should not have filed this motion on his own behalf because he is represented by counsel, as this Court has pointed out in two prior orders. The State adds that this Court has warned Whitaker against making *pro se* filings. Citing to the Montana Rules of Appellate Procedure, the State concludes that only Whitaker's counsel may file such a motion and that Whitaker has failed to follow the appropriate procedure to correct or to modify the record some fifteen months later. *See* M. R. App. P. 16(1), 2(3), and 8(6).

Whitaker's motion is not well-taken. His motion comes on the heels of our denials of his previous motions to substitute counsel. Whitaker continues to act on his own behalf while represented by appellate counsel, who has filed the opening brief last month. Whitaker presents no good reason to delay this appeal. We conclude that he is not entitled to his motion for a stay. Therefore,

IT IS ORDERED that Whitaker's Motion to Stay Proceedings is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Wes Lee Whitaker personally.

DATED this ___7th___ day of November, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2